**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL PASTORE,<br><br>                         Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.<br><br>                         Defendant. | Case No. 2:16-cv-02004-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated August 24, 2016, required the parties to file a Joint Status Report no later than September 26, 2016.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **October 14, 2016**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 7th day of October, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge