# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL PASTORE,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.<br><br>    Defendant. | Case No. 2:16-cv-02004-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. On October 7, 2016, the Court ordered that the parties file the Joint Status Report on or before October 14, 2016. *Order* (ECF No. 9). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Status Report no later than **October 31, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 24th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge