UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Paul Pastore,<br><br>    Plaintiff<br><br>v.<br><br>Wal-Mart Stores, Inc.,<br><br>    Defendant | 2:16-cv-02004-JAD-GWF<br><br>**Order Remanding Case**<br><br>[ECF No. 5] |

For the reasons placed on the record at today's hearing, IT IS HEREBY ORDERED that Plaintiff's Motion for Remand [ECF No. 5] is GRANTED. This case is REMANDED back to the Eighth Judicial District Court, case No. A-15-718484-C. The Clerk of Court is instructed to CLOSE THIS CASE.

DATED: November 21, 2016

_____
Jennifer A. Dorsey
United States District Judge